



# MEMORANDUM OPINION

No. 04-11-00519-CR

**IN RE** Jason **MIEARS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Karen Angelini, Justice
     Phylis J. Speedlin, Justice
     Steven C. Hilbig, Justice

Delivered and Filed:  November 2, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On July 21, 2011, relator Jason Miears filed a petition for writ of mandamus.  The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause Nos. 2009-CR-6566, 2009-CR-6567, 2009-CR-6568, and 2009-CR-6569, styled *State of Texas v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.